IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **WILLIAM R. SPARKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 2:11-cv-00074 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Knowles |
| **CAROLYN W. COLVIN,** ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is Plaintiff William R. Sparks's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed with a Memorandum in Support (Doc. No. 13). Defendant Commissioner of Social Security filed a Response. (Doc. No. 14.) Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report"), recommending the Motion be denied. (Doc. No. 15.) The Report was entered on April 11, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 19.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 8th day of May, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT